BARRY E. HINKLE, Bar No. 071223
JOYE BLANSCETT, Bar No. 191242
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone 510.337.1001
Fax 510.337.1023

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL HUFF, in his capacity as Trustee of the INDUSTRIAL CARPENTERS AND PRECAST PENSION TRUST FUND,<br><br>Plaintiff,<br><br>v.<br><br>CAMELIA CITY MILLWORK, A California Corporation<br><br>Defendant. | No.   05-CV-2643  JL<br><br>**PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER THEREON** |

Plaintiff respectfully submit this Case Management Conference Statement and ask the Court to continue the Case Management Conference set for October 26, 2005, at 10:30 a.m., as Defendant has not filed an answer or otherwise responded to the complaint which was served on July 12, 2005, and for which proof of service was filed before this Court with the Summons on August 11, 2005. Plaintiff anticipates filing a motion for default judgment within a week.

**I.**

**DESCRIPTION OF CASE**

Plaintiff is labor organizations within the meaning of section 301 of the Labor Management Relations Act (29 U.S.C. § 185) and Trustee representing employee benefit plans created by a written Trust Agreement subject to and pursuant to section 302 of the Labor Management Relations Act (29 U.S.C. § 186) and multi-employer employee benefit plans within the meaning of sections 3,

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510.337.1001

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER THEREON
Case No. 05-CV-2643  JL

4 and 502 of ERISA (29 U.S.C. §§ 1002, 1003 and 1132).

Plaintiff alleges that Defendant is signatory to collective bargaining agreement. Specifically, Defendant became subject to all the terms and conditions of the 46 Counties Carpenters Master Agreement by virtue of signing the Valley Master Agreement with the Union, which incorporated by reference the 46 Counties Carpenters Master Agreement. Plaintiff contends that Defendant, by agreeing to be bound to the above-referenced Agreements, promised to contribute and pay to Plaintiff Trust Fund the hourly amounts required by said Agreements for each hour paid for or worked by any of its employees who performed any work covered by the Agreements. Plaintiff also contends that Defendant agreed to pay liquidated damages and interest on all delinquent contributions, as well as attorneys' fees, and other collection costs. Defendant has failed, neglected or refused to make timely fringe benefit contributions as required by the Collective Bargaining Agreement and Trust Agreements, and there is now due and owing the unpaid contributions. Plaintiff further contend that Defendant has failed to pay amounts to the Trust Fund owed under a previous settlement agreement entered into on or about August 23, 2004 and the Trust Fund is seeking enforcement of that agreement. Plaintiff further seeks an injunction compelling Defendant to submit to an audit of its books and records to determine if it timely and accurately made fringe benefit contributions and for an order requiring Defendant to pay any and all amount delinquencies found due under the audit as well as interest and liquidated damages thereon.

## II.

## SUBJECT MATTER JURISDICTION

This action arises under and is brought pursuant to section 502 of the Employee Retirement Income Security Act, as amended (ERISA), 29 U.S.C. § 1132, and section 301 of the Labor Management Relations Act (LMRA), 29 U.S.C. § 185. The jurisdiction of this Court is founded on 28 U.S.C. § 1331. Venue properly lies in this district court because a substantial part of the events and omissions giving rise to these claims occurred in this district, including, but not limited to Defendant's agreement with Plaintiff, which requires that trust fund contributions are due and payable in the County of Alameda.

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001

- 2 -

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER THEREON
Case No. 05-CV-2643  JL

## III.

## RELATED CASES PENDING

There are none.

## IV.

## DEFENDANTS HAVE NOT APPEARED

Defendant has not filed an answer or otherwise responded to the complaint which was served on July 12, 2005, and for which proof of service was filed before this Court with the Summons on August 11, 2005. Plaintiff filed a Request for Entry of Default on August 17, 2005 which was entered by the Clerk of this Court on August 22, 2005.

## V.

## CONTINUE CASE MANAGEMENT CONFERENCE

Plaintiff requests that the Court continue the case management conference set for October 19, 2005 for at least 60 days in order for Plaintiff's anticipated motion for default judgment to be heard by this Court.

Dated: October 14, 2005.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation


By: /s/Joye Blanscett
JOYE BLANSCETT
Attorneys for Plaintiffs

## ORDER

IT IS SO ORDERED that the Case Management Conference set for October 26, 2005, at 10:30 a.m. is continued until  1/4/06 @ 10: 30 a.m.  and that parties are ordered to submit a joint case management statement seven (7) days in advance of said conference.

IT IS SO ORDERED
Judge James Larson

HON. _____
UNITED STATES DISTRICT JUDGE

- 3 -

PLAINTIFF'S CASE MANAGEMENT CONFERENCE STATEMENT; REQUEST FOR CONTINUANCE AND [PROPOSED] ORDER THEREON
Case No. 05-CV-2643  JL

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
510.337.1001